BANNING MICKLOW & BULL LLP
Edward M. Bull III (State Bar #141996)
Eugene A. Brodsky (State Bar #36691)
Jennifer L. Fiore (State Bar #203618)
1 Market Steuart Tower, Suite 1440
San Francisco, CA 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
TIANA FARRIES


EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Katharine Essick (State Bar #219426)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendant
IMPERIAL MAJESTY CRUISE LINE, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TIANA FARRIES, <br><br> Plaintiff, <br><br> vs. <br><br> IMPERIAL MAJESTY CRUISE LINE, LLC and CARNIVAL CORPORATION, <br><br> Defendants. | Case No.: C 06-1656 JCS <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C 06-1656 JCS

Pursuant N.D. Cal. Local Rule 6-1,

WHEREAS defendant Imperial Majesty Cruise Line, LLC, has not yet appeared in the case and its attorneys only recently received the Complaint and Summons;

WHEREAS plaintiff Tiana Farries has agreed to extend the time of defendant Imperial Majesty Cruise Line, LLC, to respond to the Complaint to May 12, 2006;

WHEREAS the extension of time will not alter the date of any event or any deadline already fixed by this Court's case management orders, standing orders, or any other order of the Court;

THE PARTIES HEREBY STIPULATE that defendant Imperial Majesty Cruise Line, LLC, shall respond to the Complaint on or before May 12, 2006.

SO STIPULATED.

DATED: May 1, 2006     BANNING MICKLOW & BULL LLP

By /s/ Jennifer Fiore
    Jennifer Fiore
Attorneys for Plaintiff
TIANA FARRIES

DATED:  May 1, 2006    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By /s/ Katharine Essick
    Katharine Essick
Attorneys for Defendant
IMPERIAL MAJESTY CRUISE LINE, LLC

Dated: May 2, 2006

IT IS SO ORDERED
Judge Joseph C. Spero

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C 06-1656 JCS